**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 08-8268**

—————

DANIEL VINCENT HALL,

             Plaintiff - Appellant,

      v.

BOBBY P. SHEARIN, Warden; HARRY B. MURPHY, Assistant Warden;
FRANK B. BISHOP, Chief of Security; JAMES TICHNELL, Case
Management Manager; MAJOR THOMAS, (8 to 4 shift); MAJOR
MELLOTT, (4 to 12 shift); CAPTAIN BUTLER; DON RALEY,
Lieutenant; LIEUTENANT FRIEND; LIEUTENANT SCHETROMPF;
SERGEANT WILT; CASE MANAGER WINTERS; JON P. GALLEY, Ex-
Warden,

             Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, District Judge.
(1:08-cv-00837-JFM)

—————

Submitted:  February 19, 2009       Decided:  February 26, 2009

—————

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Daniel Vincent Hall, Appellant Pro Se.   Stephanie Judith Lane-
Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Vincent Hall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hall v. Shearin, No. 1:08-cv-00837-JFM (D. Md. Sept. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED